

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TUKUA INVESTMENTS, LLC AND ROMELIA MONDRAGON, | § | No. 08-11-00014-CV |
| | § | |
| Appellants, | | Appeal from the |
| | § | |
| v. | | 96th District Court |
| | § | |
| SKIP SPENST, SANDRA SPENST, AND VIRGINA ZAIGER, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JOHN ZAIGER, DECEASED, | § | of Tarrant County, Texas |
| | § | (TC#096-235540-09) |
| | § | |

Appellees.

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and render judgment that Appellees take nothing on their claims for statutory fraud and negligent misrepresentation against Appellants.

We further order that Appellants recover from Appellees the appellate costs incurred by Appellants, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 14TH DAY OF AUGUST, 2013.

GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.
Antcliff, J., not participating